IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BANK OF AMERICA CORP., | ) | |
| | ) | Case No. 3:17-cv-00546-RJC-DSC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Brian W. Kittle and Marjorie M. Margolies]" (documents ## 8 and 9) filed January 26, 2018. For the reasons set forth therein, the Motions will be <u>granted</u>

**SO ORDERED**.

Signed: January 29, 2018

David S. Cayer
United States Magistrate Judge