IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| BANK OF AMERICA CORP., | ) | |
|---|---|---|
| | ) | Case No. 3:17-cv-00546-RJC-DSC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Joint Motion to Withdraw Defendant's Motion to Transfer or Dismiss [document #22] and to Set Schedule for Defendant to Respond to Plaintiff's Third Amended Complaint" (document #30). For the reasons stated therein, the Motion is granted.

Accordingly, Defendant's Motion to Transfer or Dismiss (document #22) is withdrawn; Defendant shall respond to the Third Amended Complaint by September 7, 2018; and if Defendant files a motion in response to the Third Amended Complaint, Plaintiff shall have fourteen days to respond and Defendant shall have fourteen days to reply to Plaintiff's response.

**SO ORDERED**.

Signed: August 17, 2018

David S. Cayer
United States Magistrate Judge