IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA CORP., | ) |
| Plaintiff, | ) Case No. 3:17-cv-00546 |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

**NOTICE OF APPEAL TO FEDERAL CIRCUIT**

NOTICE is hereby given that, pursuant to 28 U.S.C. § 1292(d)(4), the United States of America, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order (Dkt. No. 51), filed on July 1, 2019, denying Defendant's Motion to Transfer Venue to the Court of Federal Claims, or in the Alternative, to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 32).

Dated: August 28, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

R. ANDREW MURRAY
United States Attorney

*/s/ Jason Bergmann*
JASON BERGMANN
STEPHANIE SASARAK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
JB Telephone: (202) 616-3425
SS Telephone: (202) 307-2089
JB Email: jason.bergmann@usdoj.gov
SS Email: stephanie.a.sasarak@usdoj.gov