IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA CORP.<br>(fka NationsBank) and Subsidiaries,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:17-cv-00546 |

## NOTICE OF SUBSTITUTION OF COUNSEL

**COMES NOW**, Cory S. Menees, of the law firm Mayer Brown LLP, and files this Notice of Substitution of Counsel on behalf of Plaintiff Bank of America Corporation (fka NationsBank) and Subsidiaries ("Bank of America"). By the filing of this Notice, Hayden D. Brown of Mayer Brown LLP will be withdrawn as counsel for Bank of America pursuant to W.D.N.C. LCvR 83.1(g) and Cory S. Menees will be substituted as counsel of record. Bank of America consents to this substitution of counsel. Please direct all future correspondence, pleadings, and other notices to:

Cory S. Menees
Mayer Brown LLP
214 Tryon Street, Suite 3800
Charlotte, NC 28202
(704) 444-3561 (Telephone)
(704) 377-2033 (Fax)
cmenees@mayerbrown.com

DATED: November 5, 2021 Respectfully submitted,

s/ Cory S. Menees
Cory S. Menees
NC Bar No. 45111
Mayer Brown LLP
214 North Tryon Street, Suite 3800
Charlotte, NC 28202
Telephone: (704) 444-3561
Fax: (704) 377-2033
E-mail: cmenees@mayerbrown.com

s/ Hayden D. Brown
Hayden D. Brown
NC Bar No. 15589
Mayer Brown LLP
214 North Tryon Street, Suite 3800
Charlotte, NC 28202
Telephone: (704) 444-3512
Fax: (704) 377-2033
E-mail: hbrown@mayerbrown.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **BANK OF AMERICA CORP.**<br>**(fka NationsBank) and Subsidiaries,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No. 3:17-cv-00546 |

### CERTIFICATE OF SERVICE

I hereby certify that the Notice of Substitution of Counsel was electronically filed via the Court's ECF system, on the 5th day of November, 2021, which sent notification of such filing to all counsel of record who had then made an appearance in the case.

s/ Cory S. Menees
Cory S. Menees
NC Bar No. 45111
Mayer Brown LLP
214 North Tryon Street, Suite 3800
Charlotte, NC 28202
Telephone: (704) 444-3561
Fax: (704) 377-2033
E-mail: cmenees@mayerbrown.com
