IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00546-RJC-DSC

BANK OF AMERICA CORPORATION,  )
                              )
            Plaintiff,        )
                              )
v.                            )
                              )         ORDER
UNITED STATES OF AMERICA,     )
                              )
            Defendant.        )

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Geoffrey Collins]" (document #64) filed August 12, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

Signed: August 12, 2022

**SO ORDERED**.

David S. Cayer
United States Magistrate Judge