**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00546-RJC-DSC**

| | | |
|---|---|---|
| **BANK OF AMERICA CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Samantha Bear]" (document #80) filed January 9, 2023. For the reasons set forth therein, the Motion will be <u>granted.</u>

      The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Robert J. Conrad, Jr.</u>

Signed: January 9, 2023

      **SO ORDERED**.

David S. Cayer
United States Magistrate Judge