UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00546-RJC-WCM

| | |
|---|---|
| BANK OF AMERICA CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) **Order** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Bank of America's Motion for Certification of an Interlocutory Appeal. Doc. No. 87. Bank of America asks the Court to certify its summary-judgment order, Doc. No. 83, for interlocutory appeal under 28 U.S.C. § 1292(b). The government opposes the bank's motion. Doc. No. 91.

Three elements must be satisfied for a court to certify an interlocutory appeal under § 1292(b). First, the district court's order must "involve[] a controlling question of law." 28 U.S.C. § 1292(b). There must be "substantial ground for difference of opinion" on the issue addressed by the order. *Id.* And an interlocutory appeal must "materially advance the ultimate termination of the litigation." *Id.*

All three elements are satisfied here. The parties do not dispute that the first is met. *See* Def.'s Resp. 1–2, Doc. No. 91; Pl.'s Reply 1, Doc. No. 94. And though it is a close question, the presence of a contrary opinion from the Court of Federal Claims* shows that there is substantial ground for difference of opinion on the interest-netting issue in this case. Additionally, the

---

* *Wells Fargo & Co. v. United States*, 119 Fed. Cl. 27, 35 (2014), *rev'd in part* 827 F.3d 1026 (Fed. Cir. 2016).

government concedes that, if this Court's summary-judgment order were reversed, "it would be time consuming" for the parties to rework their tax calculations. Def.'s Resp. 7, Doc. No. 91. Thus, a ruling from the Fourth Circuit—handed down before the parties begin their time-consuming calculations—would materially advance the ultimate termination of this litigation.

**IT IS, THEREFORE, ORDERED** that Bank of America's Motion for Certification of an Interlocutory Appeal, Doc. No. 87, is **GRANTED**.

Signed: August 30, 2023

Robert J. Conrad, Jr.
United States District Judge